**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

**UNITED STATES OF AMERICA,**           CASE NO. 3:25 CR 237

    Plaintiff,

    v.                                      JUDGE JAMES R. KNEPP II

**YOUSSEF MUSLIMANI,**

    Defendant.                          **ORDER**

On June 18, 2026, this Court referred the above-captioned case to Magistrate Judge Darrell

A. Clay for review of potential changes in defendant's financial circumstances sufficient to enable

defendant to pay, in whole or in part, for legal representation. Juge Clay issued an Order (Doc. 28)

and subsequently held a hearing on the issue on June 24, 2026.

On July 6, 2026, Judge Clay issued a Report and Recommendation ("R&R"). (Doc. 29).

Therein, he recommends this Court:

> (1) **DECLINE** at this time to terminate Mr. Muslimani's representation by appointed counsel, David Klucas, subject to a subsequent determination that Mr. Muslimani may have to reimburse some or all of the costs of that representation; (2) **DENY** at this time the government's requests for a judgment debtor-type examination of Mr. Muslimani and for access to documents supporting his financial submission to Pretrial and Probation Services; and (3) **DIRECT** the interview of Mr. Muslimani by Pretrial and Probation Services, if not already complete, occur in the normal course of preparation of the PSR.

*Id.* at 1-2.

No party has filed timely objections to Judge Clay's R&R. *See* 28 U.S.C. § 636(b)(1); Fed.

R. Crim. P. 59(b)(2).

For the foregoing reasons, good cause appearing, it is

ORDERED that Judge Clay's R&R (Doc. 29) be, and the same hereby is, ADOPTED as the Order of this Court.

 s/ *James R. Knepp II*
UNITED STATES DISTRICT JUDGE

Dated: July 28, 2026